IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CLIFTON MASSIAH PATTERSON,       )
                                 )
       Plaintiff,                )
                                 )
v.                               )   CV 03-AR-3411-E
                                 )
LIEUTENANT PRESTON, OFFICER      )
BLACK, and PHARMACIST JEAN DOE,  )
                                 )
       Defendants.               )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on April 28, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because plaintiff had failed to exhaust his administrative remedies. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 9th day of June, 2004.

                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE